# United States District Court
# Eastern District of California

Anna Donovan, et al.

Plaintiff(s)

V.

Regents of the University of California, et al

Defendant(s)

Case Number: 2:26-cv-3414-TLN-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ashley N. Higginson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Regents of the University of California, on behalf of its Davis Campus

On 12/16/2019 (date), I was admitted to practice and presently in good standing in the State of Michigan, Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/08/2026

Signature of Applicant: /s/ Ashley N. Higginson

**Pro Hac Vice Attorney**

Applicant's Name: Ashley N. Higginson

Law Firm Name: Miller, Canfield, Paddock and Stone, PLC

Address: 123 W. Allegan St.

Suite 200

City: Lansing State: MI Zip: 48933

Phone Number w/Area Code: (517) 483-4912

City and State of Residence: Haslett, Michigan

Primary E-mail Address: higginson@millercanfield.com

Secondary E-mail Address: fitch@millercanfield.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tony Ruch

Law Firm Name: Regents of the University of California - Office of General Counsel

Address: One Shields Drive

City: Davis State: CA Zip: 95615

Phone Number w/Area Code: (510) 418-1313 Bar # 242717

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 27, 2026

JUDGE, U.S. DISTRICT COURT