Eric Grover (SBN 136080)
Robert W. Spencer (SBN 238491)
KELLER GROVER LLP
1965 Market Street
San Francisco, California 94103
Tel: (415) 543-1305
eagrover@kellergrover.com
rspencer@kellergrover.com

Arthur H. Bryant (SBN 208365)
ARTHUR BRYANT LAW, P.C.
1999 Harrison Street, 18th Floor
Oakland, California 94612
Tel: (510) 391-5454
arthur@arthurbryantlaw.com

*Attorneys for Plaintiffs*

Scott R. Eldridge (Michigan Bar No. P66452)
Brian M. Schwartz (Michigan Bar No. P69018)
Ashley N. Higginson (Michigan Bar No. P83992)
Elizabeth L. Munoz-Smith (Michigan Bar No. P87945)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Tel: (313) 963-6420
eldridge@millercanfield.com
schwartzb@millercanfield.com
higginson@millercanfield.com
munoz-smith@millercanfield.com

Tony Ruch (SBN 242717)
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
One Shields Avenue
Davis, California 95615
Tel: (510) 418-1313
tony.ruch@ucop.edu

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ANNA DONOVAN, AVERY ADAMSON, SOPHIA BLAKE, ADDYSON BROWN, MYA CLADER, SABINE CLOSE, KATYA DUNDAS, CHLOE FARES, MARGARET FRANKE, CARMEN GONZALEZ, LILIANA GROSZ, LAURA HOLLIDAY, HANNAH JANICKI, NICOLE JIMENEZ, NICOLE SHROYER, CAVAN SMITH, ZADIE STACK, LOLA SULLIVAN, MYLEA TRIMBLE, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ON BEHALF OF ITS DAVIS CAMPUS,

Defendant.

Case No. 2:26-cv-03414-TLN-JDP

**STIPULATED ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT AND RELATED DEADLINES**

Judge: Hon. Troy L. Nunley
Magistrate: Hon. Jeremy D. Peterson

THIS MATTER having come before the Court by way of the parties' stipulation, and the Court being otherwise fully advised;

WHEREAS, Plaintiffs filed their Complaint in this action on September 9, 2026;

WHEREAS, the deadline for Defendant The Regents of the University of California, on Behalf of its Davis Campus ("UC Davis") to respond to the Complaint is December 1, 2026;

WHEREAS, in response to the Complaint, UC Davis intends to file a Motion to Dismiss the Complaint;

WHEREAS, Plaintiffs intend to oppose that Motion;

WHEREAS, the Parties have agreed, by their undersigned attorneys, that there is good cause for a modest extension to the deadlines for: (1) UC Davis to respond to the Complaint, (2) Plaintiffs to respond to the anticipated Motion to Dismiss, and (3) UC Davis to file a reply in support of its anticipated Motion to Dismiss;

**IT IS HEREBY ORDERED:**

1. UC Davis's deadline to respond to the Complaint is extended to **December 11, 2026**.

2. Plaintiffs' deadline to respond to the anticipated Motion to Dismiss is extended to **January 15, 2027**.

3. UC Davis's deadline to file a reply in support of its anticipated Motion to Dismiss is extended to **January 29, 2027**.

**4.** The hearing on Defendant's Motion to Dismiss is set for **February 25, 2027 at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: November 19, 2026

Troy L. Nunley
Chief United States District Judge